No. 6350.—Torres, etc., aplte., *v.* White Star Bus Line, Inc.,

aplda.—C. D. San Juan. ▮▮▮▮▮▮▮▮▮▮▮▮ Abril 4, 1934.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

POR CUANTO, la Corte de Distrito de San Juan resolvió este caso por sentencia de abril 1, 1932, y establecida contra ella apelación por la parte demandante que fué la perdidosa se radicó la transcripción el 4 de mayo de 1933, y

POR CUANTO, habiéndose dejado de presentar el alegato por la parte apelante, se la citó en febrero nueve último para que expresara las razones que tuviera a fin de que el recurso no se desestimara, y habiendo comparecido dicha parte y solicitado un nuevo término para archivar su alegato la Corte le concedió hasta marzo 11, 1934, sin que dentro de dicho nuevo término ni después lo archivara, motivo por el cual la parte apelada solicita la desestimación del recurso:

POR TANTO, de acuerdo con los hechos y la ley, se declara con lugar la moción de la parte apelada vista sin asistencia de las partes el 2 de abril actual y en su consecuencia se desestima, por abandono, el recurso.